UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20009-CIV-SEITZ/O'SULLIVAN

DOUGLAS E. NALLS,

    PLAINTIFF,

v.

UNKNOWN CORRECTIONAL OFFICERS,
WARDEN AND ADMINISTRATIVE PERSONNEL,
COLEMAN LOW FEDERAL INSTITUTION; and
BUREAU OF PRISONS, UNITED STATES OF
AMERICA,

    Defendants.
_____/

## ORDER CONVERTING MOTION TO DISMISS INTO MOTION FOR SUMMARY JUDGMENT

THIS CAUSE is before the Court on Defendants' Motion to Dismiss [DE-15]. Plaintiff Nalls seeks monetary damages from the United States and Bureau of Prisons arising from alleged constitutional violations in the amount of fifty million dollars. Defendants move to dismiss the Complaint for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1), and for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). In support, Defendants have attached Plaintiff's Federal Tort Claims Act administrative claim, as well as the denial letter in connection therewith. In order to consider such extrinsic evidence, the instant Motion to Dismiss must be converted into a request for summary judgment. See *Trustmark Ins. Cor. v. ESLU, Inc.*, 299 F.3d 1265 (11th Cir. 2002). Therefore, it is hereby

    ORDERED THAT

(1) Defendant's Motion to Dismiss [DE-15] is hereby converted into a Motion for Summary Judgment; and

(2) The Parties shall submit supplemental evidence in support of their respective positions no later than **May 30, 2008.**

    DONE and ORDERED in Miami, Florida, this 30th day of April, 2008.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record

Douglas E. Nalls *(Pro Se Litigant)*
12525 NE 13 Avenue #304
Miami, FL 33161